IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 14 2000

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) MDL 875 |
| This Document Relates to United States District Court for Maryland | ) ) ) |
| (See Attachment A) | ) ) ) ) |

93-3136

AND NOW, this **11th** day of **August**, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: **8/11/00**

_____
Charles R. Weiner